UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

KEELAN SWINT,
        Plaintiff,

vs.

CITY OF CARROLLTON, TIMOTHY GRIZZARD, FAITH PULLEN, PETER MAIERHOFER, AND JULIE IVEY,
        Defendant(s).

CIVIL ACTION FILE

NO. 3:19-cv-0012-TCB

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, United States District Judge, for consideration of Plaintiff's and Defendant's Motions for Summary Judgment, and the court having Granted the Defendant's motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 8th day of May, 2020.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                            By:  s/ D. Barfield
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 8, 2020
James N. Hatten
Clerk of Court

By:   s/ D. Barfield
       Deputy Clerk